Same case below, 395 Ill. App. 3d 8, 333 Ill. Dec. 854, 915 N.E.2d 925.

**No. 09-11370. David Butt, Petitioner v. Steve Hartley, Warden, et al.**

562 U.S. 1002, 131 S. Ct. 503, 178 L. Ed. 2d 370, 2010 U.S. LEXIS 8537.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 378 Fed. Appx. 822.

**No. 09-11489. Andres Zarate-Morales, Petitioner v. United States.**

562 U.S. 1002, 131 S. Ct. 503, 178 L. Ed. 2d 370, 2010 U.S. LEXIS 8580.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 377 Fed. Appx. 696.

**No. 09-11574. Richard Ronald Kporlor, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1003, 131 S. Ct. 503, 178 L. Ed. 2d 370, 2010 U.S. LEXIS 8464.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 597 F.3d 222.

**No. 10-103. Archstone Multifamily Series I Trust, et al., Petitioners v. Niles Bolton Associates, Inc.**

562 U.S. 1003, 131 S. Ct. 504, 178 L. Ed. 2d 370, 2010 U.S. LEXIS 8651.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 602 F.3d 597.

**No. 10-108. Donald Lee King, et ux., Petitioners v. Pioneer Regional Educational Service Agency.**

562 U.S. 1003, 131 S. Ct. 504, 178 L. Ed. 2d 370, 2010 U.S. LEXIS 8577.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 301 Ga. App. 547, 688 S.E.2d 7.

**No. 10-110. James Ben Brownfield, Petitioner v. Alabama.**

562 U.S. 1003, 131 S. Ct. 505, 178 L. Ed. 2d 370, 2010 U.S. LEXIS 8517.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Same case below, 44 So. 3d 43.

**No. 10-120. James D. Schneller, Petitioner v. Fox Subacute at Clara Burke, et al.**

562 U.S. 1003, 131 S. Ct. 505, 178 L. Ed. 2d 370, 2010 U.S. LEXIS 8572.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 368 Fed. Appx. 275.